DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MANSOOR AHMED

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANSOOR AHMED,<br><br>Defendants. | Case No.1:21-CR-00052 JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON; ALEXANDRE DEMPSEY, AND TO JESSE MORA, UNITED STATES PROBATION OFFICER.

COMES NOW Defendant. Mansoor Ahmed, by and though his attorney, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Friday, May 6, 2022, be continued to Friday, May 13, 2022.

I have been engaged in a homicide trial in the matter of *People v. Jagjit Singh; BF177999A*, before the Honorable Judge John Lua. Trial lasted approximately three weeks. I have not had an opportunity to prepare a sentencing statement on behalf of Mr. Ahmed. I have spoken to AUSA Alexandre Dempsey and he has no objection to the continuance.

//

//

1

**IT IS SO STIPULATED.**

DATED: May 3, 2022

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
MANSOOR AZIZ AHMED

DATED: May 3, 2022

*/s/ Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED** that the sentencing currently set for Friday May 6, 2022, be continued to Friday, May 13
IT IS SO ORDERED.

Dated:   **May 3, 2022**
, 2022.

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE