ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00052-JLT |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: June 2, 2026 |
| MANSOOR AZIZ AHMED, | TIME: 2:30 PM |
| Defendant. | COURT: Hon. Christopher D. Baler |

**JOINT STIPULATION TO CONTINUE PRELIMINARY HEARING**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this supervised release petition was set for a Status Conference on June 2, 2026 in front of the Honorable Christopher D. Baker. ECF # 43

2.    On May 13, 2026, Defense Counsel Breanne Ruelas was appointed to represent the Defendant. ECF#41.

3.    On May 14, 2026, the government provided discovery to Defense Counsel Ruelas.

4.    Defense Counsel requires additional time to review discovery and discuss with the Defendant.

5.    Defense Counsel currently has an appointment to visit with the Defendant in custody to go over discovery, but is unable to do so prior to June 2, 2026 due to appointment availability and

1

scheduling conflicts.

6.      As a result, Defense Counsel and the Government jointly request that the status conference currently set for June 2, 2026 be continued to June 30, 2026 in order to allow time for Defense Counsel to review discovery,  to confer with the Defendant, and to discuss a resolution with the government and Probation.

7.      Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

Dated:  May 29, 2026                                   ERIC GRANT
                                                       United States Attorney


                                                       /s/ LUKE BATY
                                                       LUKE BATY
                                                       Assistant United States Attorney


Dated:  May 29, 2026                                   /s/ BREANNE RUELAS
                                                       BREANNE RUELAS
                                                       Counsel for Defendant
                                                       MANSOOR AZIZ AHMED


## ORDER ON STIPULATION

Based upon the stipulation and representations of the parties and good cause appearing, it is HEREBY ORDERED that the status conference currently set on June 2, 2026, be continued to June 30, 2026 at 2:30 PM before the Magistrate Judge Christopher D. Baker.

IT IS SO ORDERED.

Dated:   **May 30, 2026**                    _____
                                             UNITED STATES MAGISTRATE JUDGE