ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANSOOR AZIZ AHMED,<br>Defendant. | CASE NO. 1:21-CR-00052-JLT<br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br>DATE: August 10, 2026<br>TIME: 9:00AM<br>COURT: Hon. Jennifer L. Thurston |

**JOINT STIPULATION TO CONTINUE SENTENCING**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a Sentencing on August 10, 2026 in front of the Honorable Jennifer L. Thurston. ECF # 46

2. On May 13, 2026, Defense Counsel Breanne Ruelas was appointed to represent the Defendant. ECF#41.

3. After sentencing was set, Defense Counsel learned that she will be required to undergo a surgical procedure on August 10, 2026.

4. As a result, Defense Counsel seeks to continue the Sentencing to September 14, 2026.

5. Defense Counsel has conferred with the Defendant and the government, and neither has an objection to this continuance.

6. As such, the parties jointly stipulate to continue the Sentencing originally scheduled for August 10, 2026 to September 14, 2026.

7. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated: August 5, 2026

ERIC GRANT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: August 5, 2026

/s/ BREANNE RUELAS
BREANNE RUELAS
Counsel for Defendant
MANSOOR AZIZ AHMED

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the Sentencing currently set on August 10, 2026 be continued until September 14, 2026 at 9:00 AM.

IT IS SO ORDERED.

Dated: August 5, 2026

UNITED STATES DISTRICT JUDGE